■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT PILLOT, Appellant. [603 NYS2d 752] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rivera, J.), rendered October 2, 1992, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVARISTO RODRIGUEZ, Appellant. [603 NYS2d 748] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lewis, J.), rendered April 13, 1992, convicting him of grand larceny in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

As the defendant did not move to withdraw his plea of guilty, he failed to preserve for appellate review his claim that his plea allocution was defective *(see, People v Pellegrino,* 60 NY2d 636; *People v Thomas,* 133 AD2d 867). Further, we decline to reach this issue in the exercise of our interest of justice jurisdiction. Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.